**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BEVERLY N. BURRELL,

Petitioner,

v.

KATHY HALVORSON, *Warden*,

Respondent.

Case No. 26-cv-2739 (LMP/ECW)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Before the Court is the Report and Recommendation ("R&R"), ECF No. 11, of United States Magistrate Elizabeth Cowan Wright, which recommends dismissing Petitioner Beverly N. Burrell's 28 U.S.C. § 2254 petition for a writ of habeas corpus, ECF No. 1. No objections have been filed to the R&R in the time permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based on the record in this case, **IT IS ORDERED THAT**:

1. The Report and Recommendation (ECF No. 11) is **ADOPTED**; and
2. Beverly N. Burrell's petition (ECF No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 23, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge